In The United States
District Court
For The
District of Maryland

United States of America

v.

Davon Hammond

Criminal no: 21-Cr-00262-PX

## Motion To Dismiss For Brady Violation

Now Comes Davon Hammond Authorized Representative, trustee, Sui Juris, Composo mentis, Pro Se, Proper Command this Court to dismiss indictment no: 21-Cr-00262-Px against me for the reason that he has been denied the effective assistance of Counsel guaranteed by the Sixth amendment, United States Constitution.

-See Memorandum of law, attached hereto. Wherefore, Davon Hammond Authorized Representative demand that the relief he requests be granted.

Date: 7-18-2022

Respectfully Submitted,