In The United States District Court For The District of Maryland

United States of America

v.

Davon Hammond

Criminal no: 21-cr-00262-Px

## Supplement To Motion To Withdraw Guilty Plea

Now Comes Davon Hammond Authorized Representative/Trustee Sui Juris, Comp oso mentis, Pro Per Move this honorable Court to allow Supplement to Withdraw Guilty Plea Pursuant to Federal Rule of Crim. Procedure 32(e) To determine Whether a defendant has met this standard, Courts have developed a four-part balancing Test: 1.) Whether defendant established a fair and Just reason to Withdraw guilty Plea 2.) Whether defendant asserts his legal innocence of the Charge 3.) The length of time between the guilty Plea and the motion to Withdraw 4.) If the defendant established a fair and Just reason for withdrawal, Whether the government would be prejudiced Each of these factors Poses a potential Pitfall for the defendant seeking to withdraw a guilty Plea

### Background

On April 18, 2022 there were a Writ of Habeas Corpus filed by Way Via Certified mail Waiving my 6th amendment rights

also entering a Special appearance and Command/Demanding a Order and a date was set for a hearing attorney inquiry which was on 4/20/2022 ECF 76 also on that date the Prosecutor was Present on my arrival Prosecution abandon the Ship by leaving which the goverment lied and stated in There <u>Response in Opposition To defendant (Prose) Motion To Withdraw Guilty Plea</u> Says the goverment was not Present with a Subpoena of the Court Cameras will Show Proof if necessary the Public defender Wasn't Stricken i Sent legal work Waiving my 6th amemdment no paperwork was given to me Proposed trial document discovery, vior dire no Jury instructions nothing as Stated in goverment responds.

On April 28, 2022 I was moved out of the Courtroom by Judge Paula Xinus because of "supposely" not responding to Court Questions but i also have transcripts to Prove a Plea guilty have been enter via Certified mail on April 20, 2022 which was addressed also on April 28, 2022 In Person i enter one as well before i was moved from the Courtroom i was Violated as Judge Paula Xinus Continued Speaking about the Case while i was removed from the hearing also as im being the lead attorney at the time that Violates my due Process rights and my 4th, 5th, 6th, 8th, 14th amendments the hearing Should have ended the minute the Judge ask for me to be escorted out by USMS

On May 2, 2022 Judge inquired we should have a virtual hearing

which i also let the Court and goverment Know how im operating and again i was muted by the Courts which is a violation to my 1st amendment which is Freedom of Speech because she kept asking me to be quiet when the only way to Conduct my business is to use my 1st amendment rights also never knew another defence Counsel was appointed after i filed on 4/17/2022 Demanding that the goverment dont appoint anymore attorneys directly or indirectly to my account because a Special appearance already have been enter.

On may 10, 2022 I didn't fully understand what was going on in the Court Proceeding at the time i made a decision unknowing, unintelligently, unvoluntaryily not thinking reasonable, rational i Plead under duress i was Pressured into doin it due to the Courts not accepting my paperwork that was filed i never had time to go over any document with Counsel before making that decision it was done under duress.

On 4-5-22 The victim filed documents to Prosecution which under oath recanted her statement that was notarize which i didn't receive also on 6-6-22 there was another letter filed and on 6-21-22 there were images and a letter filed and receive by the goverment that was sealed also it

which is the notarized letter were not sent to the lead attorney which is me and thats a violation under brady v. maryland all exculpatory evidence are to be turned over Immediately so i can have time to Prepare a Proper defence and the goverment never sent them to me nor made me aware that any exist but i have all 3 of the letters as Proof this case should dismiss right away Just due to the evidence not being turned over in a correct time for me to be able to Prepare for a Proper defence I never received any documents from Prosecution which is a major violation to my due Process rights also my $4^{th}, 5^{th}, 6^{th}, 8^{th}$ and 14th amendment are being violated

## Arguement

A: I was not given a written Plea agreement as of the start and not having a sufficient amount time to go over things with counsel lead to me making a unknowing, unreasonable, rational decision it was done under duress not at my own fault.

B: There is a handfull of evidence that is being withheld from that case which is exculpatory evidence on 4/17/2022 I filed a Writ of Habeas

Corpus and Waiving my 6th amendment rights because a Special appearance was enter the Prosecutor was Present 4/20/2022 they abandon the Ship by leaving on my arrival of 4/20/2022 Court date Previously in there <u>Response In Opposition To Defendant's Motion To Withdraw Guilty Plea</u> that was wrote by the goverment Hollis R Weisman Assistant United States Attorney, Erek L. Barron United States Attorney for the District of Maryland and Jared Engelking Special assistance United State attorney which was Present but Stated they wasn't Present a subpoena of Court Cameras Would Proof they were Present and available to view under Brady V. Maryland all exculpatory evidence are mandatory to be turned over to the adversary asap esp. with the Waive of your 6th amendment rights and being Detained Held hostage and Kidnapped right now.

C: On May 10, 2022 There was a Plea made under duress unknowing and unintelligently accepted Plead without being fully advised or having time to review anything with the Counsel there was no time to review anything on Date May 11, 2022 Via flash drive recording was made and sent to the Courts Chambers in Person and on May 22, 2022 Via Certified mail a notice to withdraw guilty Plea was Sent out and received

by the Court on may 25, 2022 no more than 15 days from the original date requesting withdrawal Immediately also on 6-21-22 the victim ms. Tiffany francis file exculpatory evidence and it was sealed almost Immediately after it was file and i was not aware that anything was filed im not having a fair chance to prepare a proper defence for myself with the goverment hindering my process by not Providing evidence to me with holding it away.

D: The goverment would not be prejudice at all if the Courts accept and rule to have guilty Plea withdraw they not losing any witness nor will they be losing any evidence everything would be the same there main victim in the case recanted on several occasions they statement on notarize letters which i have Proof but the goverment have been with holding them away from me which is a violation to me under brady v. maryland and my due process rights also there is sealed evidence thats being kept away from to be able to Prepare a proper defence that show on Pacer 4/20/2022 my attorney inquiry hearing was sealed and terminated for unknown reasons the victim filed statements and images to goverment and that was Sealed Immediately i'll be sending

Proof also to show on behalf to prove my innocence.

## Certificate of Service

This certifies that i have on this __7__ day of July, 2022 Placed a true and exact copy of this motion Supplement to withdraw guilty Plea in the U.S. mail first Class Postage Pre-Paid, addressed to: Chief Judge of the District of Maryland 6500 Cherrywood Ln Greenbelt, MD 20770 and to U.S. attorney office 6406 ivy lane Greenbelt, MD 20770

Davon Hammond

UCC 1-308 I Reserve all Rights Without pre-Judice or Recourse